FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2022

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

On May 27, 2022, appellant's counsel, John F. Carroll, filed a "Motion to Withdraw as Counsel for Appellant and for Extension of Time to File Motion for Rehearing." The motion complies with the requirements of Texas Rule of Appellate Procedure 6.5, and it has been on file for more than ten days. *See* TEX. R. APP. P. 6.5(a), (b); *id.* R. 10.3(a). Appellee has not filed any objection or other response to the motion. Appellant's counsel also requested a fifteen-day extension for appellant to file his motion for rehearing.

After consideration, the motion to withdraw is **GRANTED.** We **ORDER** John F. Carroll to "immediately notify [appellant], in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed to" appellant and to file a copy of that notice with the clerk of this court. *Id.* R. 6.5(c). We also **GRANT** appellant's motion for an extension of time to file a motion for rehearing. Appellant's motion for rehearing is due **on or before June 30, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court